UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Phillip C. Dean )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
) CIVIL ACTION
v. )
) NO. 21-3211
Burlington Coat Factory )
_____ )
_____ )
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. Plaintiff ☑ DOES ☐ DOES NOT demand a jury trial.

**I. PARTIES**

2. The plaintiff is Phillip Dean, whose street address is 2715 S. MacArthur blvd. apt #42, (city) Springfield (state) IL (ZIP) 62704
(Plaintiff's telephone number) (217)-361-9649

3. The defendant is Burlington Coat Factory, whose street address is 2530 Wabash ave (city) Springfield (state) IL (ZIP) 62704
(Defendant's telephone number) (217)-546-1716

4. The alleged discrimination occurred at 2530 Wabash ave (city) Springfield (state) IL (ZIP) 62704

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 9, (day) 3, (year) 2018.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☑ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): _____ _____ _____ _____

8. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) 9/3/2021 _____.

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

   (a) ☐ by failing to hire the plaintiff.
   (b) ☑ by terminating the plaintiff's employment.
   (c) ☐ by failing to promote the plaintiff.
   (d) ☐ by failing to stop harassment;
   (e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ by failing to reasonably accommodate the plaintiff's religion.
   (g) ☐ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;
   (h) ☐ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;
   (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;
   (j) ☐ other (specify): _____

_____
_____
_____
_____
_____

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

My girlfriend at the time had lots to argue about verbal arguments would go on all the time. The day I was let go she drove on the curb towards me and the glass door entrance in an attempt to hit me as she drove away from dropping me off at work. At the end of the day I was repremended for the alarm going off from a missed sensor. This is after recently attempting to return to work after being mentally hospitalized while during my stay I contacted my job coach to inform my manger of my hospitalization. I was informed of a return date and when I showed up I was turned away to get a work release. When I finally was able to return I was knick picked with until I had an outburst clocking out from being sent home early.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

  (a) ☐  Direct the defendant to hire the plaintiff.

  (b) ☐  Direct the defendant to re-employ the plaintiff.

  (c) ☐  Direct the defendant to promote the plaintiff.

  (d) ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

  (e) ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

  (f) ☐  Direct the defendant to (specify): _____

4

_____

_____

_____

_____

_____

(g) [✓] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [✓] Grant such other relief as the Court may find appropriate.

*Phillip D____*
(Plaintiff's signature)

Phillip Dean
(Plaintiff's name)

2715 S. Mac Arthur blvd
Apt # 48
(Plaintiff's street address)

(City) Springfield    (State) IL    (ZIP) 62704

(Plaintiff's telephone number) (217)-361-9641

Date: 10/1/2021

EEOC Form 161 (11/2020)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Phillip C. Dean**
2715 S. MacArthur Boulevard, Apt. #42
Springfield, IL 62704

From: **Chicago District Office**
230 S. Dearborn
Suite 1866
Chicago, IL 60604

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2019-00170 | Daniel Lim, State & Local Coordinator | (312) 872-9669 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/jwa*

**Julianne Bowman,
District Director**

9/2/2021

*(Date Issued)*

Enclosures(s)

cc:

**BURLINGTON COAT FACTORY OF TEXAS, INC.
c/o Christie Cawley-Duff, Esq.
Legal Specialist
1830 Route 130
North Burlington, NJ 08016**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☒ IDHR<br>☐ EEOC | 2019SF0684 |

RECEIVED
NOV 26 2018
Dept. of Human Rights
Springfield

# 19M1105.03

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>PHILLIP C. DEAN | TELEPHONE NUMBER (include area code)<br>217-220-4199 | |
|---|---|---|
| STREET ADDRESS<br>318 SOUTH WALNUT | CITY, STATE AND ZIP CODE<br>SPRINGFIELD, ILLINOIS 62704 | DATE OF BIRTH<br>/  /<br>M   D   Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>BURLINGTON COAT FACTORY OF TEXAS, INC. | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (INCLUDE AREA)<br>217-546-1726 | |
|---|---|---|---|
| STREET ADDRESS<br>2530 WABASH AVENUE | CITY, STATE AND ZIP CODE<br>SPRINGFIELD, ILLINOIS 62704 | | COUNTY<br>SANGAMON |
| CAUSE OF DISCRIMINATION BASED ON:<br>DISABILITY, RACE | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>09/03/2018<br>☐ CONTINUING ACTION | | |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS

WRITTEN DISCIPLINE IN JUNE 2018 BECAUSE OF RACE, BLACK.

B.  PRIMA FACIE ALLEGATIONS

1. My race is Black.

2. My performance as Cashier met Respondent's expectations.

3. In June 2018, Stephanie McKay, Store Manager, gave me written discipline for the stated reason of ignoring a customer.

Page 1 of 2
RYS

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 26 DAY OF November 2018<br>x _Mary Chance_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>MARY E CHANCE<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/26/19<br><br>NOTARY STAMP | x _Phillip_   11/26/18<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 11/09-INT)

Charge Number: 2019SF0684
Complainant: DEAN
Page 2 of 2

    4. Similarly situated non-Black persons were not given written discipline under similar circumstances.

II.   A.   ISSUE/BASIS

DISCHARGE ON SEPTEMBER 3, 2018 BECAUSE OF MENTAL DISABILITY, BIPOLAR DISORDER.

    B.   PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability that falls within the meaning of the Illinois Human Rights Act, Section 1-103(I).

2. My performance as Cashier met Respondent's expectations.

3. On September 3, 2018, Stephanie McKay, Store Manager, discharged me for the stated reason of a verbal confrontation.

4. Respondent treated Teurko (last name unknown) more favorably.

5. Similarly situated non-disabled persons were not discharged under similar circumstances.

III.   A.   ISSUE/BASIS

DISCHARGE ON SEPTEMBER 3, 2018 BECAUSE OF RACE, BLACK.

    B.   PRIMA FACIE ALLEGATIONS

1. My race is Black.

2. My performance as Cashier met Respondent's expectations.

3. On September 3, 2018, Stephanie McKay, Store Manager, discharged me for the stated reason of a verbal confrontation.

4. Respondent treated Teurko (last name unknown) more favorably.

5. Similarly situated non-Black persons were not discharged under similar circumstances.